ORAZIO G. PANZICA et al., Appellants, *v.* AUGUST J. GALASSO et al., Respondents.

Argued January 3, 1956; decided February 9, 1956.

*John S. Ryan* for appellants.

*Clayton M. Smith* and *Jerome H. Raynor* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.